# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TECO OCEAN SHIPPING, INC.,

    Plaintiff,

v.                                                    CASE NO: 8:05-cv-1379-T-26EAJ

BENDER SHIPPING & REPAIR CO., INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (Dkt. 70) is denied for failure to comply with the requirements of Local Rule 3.01(g).  Moreover, this Court will not become involved in a dispute regarding who said what during the course of a conference between counsel.  Counsel are reminded of their obligation pursuant to Local Rule 2.04(g) to "conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay."  Finally, Plaintiff may refute Defendant's claimed undisputed facts in its response.

**DONE AND ORDERED** at Tampa, Florida, on November 2, 2007.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record